No. D–1714. IN RE DISBARMENT OF SCHOOR. Michael Mercier Schoor, of Irving, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1715. IN RE DISBARMENT OF GRIBETZ. Kenneth Gribetz, of Monsey, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1716. IN RE DISBARMENT OF GROSSMAN. Marc Elliot Grossman, of White Plains, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1717. IN RE DISBARMENT OF LEVIN. M. Louis Levin, of Phoenix, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 96–228. IN RE SHAW ET AL. Motion of petitioners to expedite consideration of petition for writ of mandamus granted. Petition for writ of mandamus denied.

No. 96–5601 (A–120). JOHNSON v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. Ct. Common Pleas of Jasper County, S. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 96–5629 (A–128). MATA v. ARIZONA. Sup. Ct. Ariz. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied. Reported below: 185 Ariz. 319, 916 P. 2d 1035.

AUGUST 22, 1996

No. 95–9366. LITTLE v. UNITED STATES. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.